# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15 cr 85-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ANNA MARIE POSTELL COCHRAN. | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the undersigned upon an Application for Motion Granting Writ of Habeas Corpus Ad Testifcandum (#465) filed by Rich Cassady, Attorney for Defendant. It appears to the undersigned that good cause has been shown for the granting of the motion, and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Application for Motion Granting Writ of Habeas Corpus Ad Testifcandum (#465) is **ALLOWED** and the undersigned shall issue a Writ of Habeas Corpus Ad Testifcandum consistent with the Application.

Signed: September 30, 2016

_____
Dennis L. Howell
United States Magistrate Judge